# In the United States Court of Federal Claims

**No. 05-1119 L**
**(Filed: January 24, 2019)**

```
*****************************************
ST. BERNARD PARISH GOVERNMENT           *
and Other Owners of Real Property in St. *
Bernard Parish or the Lower Ninth Ward  *
of the City of New Orleans              *
           Plaintiff                    *
                                        *
       v.                               *
                                        *
THE UNITED STATES                       *
           Defendant                    *
                                        *
*****************************************
```

## ORDER

     Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is transferred to Senior Judge Nancy B. Firestone.

     **IT IS SO ORDERED.**

                                         s/ Margaret M. Sweeney
                                         MARGARET M. SWEENEY
                                         Chief Judge